# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CURTIS PITMAN, ADC # 119869;**
**and KIARA SMITH, ADC # 107225**                                    **PLAINTIFFS**

**V.**                          **5:08CV00198 BSM/HDY**

**EDWARD ENGSTROM, Doctor, Maximum Security**
**Unit, Arkansas Department of Correction;**
**FRAZIER, Lt., Maximum Security Unit, Arkansas**
**Department of Correction; BAKER, Captain,**
**Maximum Security Unit, Arkansas Department of**
**Correction; THOMAS, Sgt., Maximum Security Unit,**
**Arkansas Department of Correction; and A. BURTON,**
**CO-II, Maximum Security Unit, Arkansas Department**
**of Correction; LARRY NORRIS, Director, Arkansas**
**Department of Correction; LARRY MAY, Deputy**
**Director, Arkansas Department of Correction; WENDY**
**KELLEY, Deputy Director, Arkansas Department of**
**Correction; JAMES GIBSON, Disciplinary Hearing**
**Administrator, Arkansas Department of Correction;**
**JUSTIN MINOR, Disciplinary Hearing Officer, Arkansas**
**Department of Correction; LORIE TAYLOR, Disciplinary**
**Hearing Officer, Arkansas Department of Correction;**
**KEITH WADDLE, Disciplinary Hearing Officer, Arkansas**
**Department of Correction; CHRIS COODY, Disciplinary**
**Hearing Officer, Arkansas Department of Correction;**
**DAVID WHITE, Warden, Maximum Security Unit,**
**Arkansas Department of Correction; RANDALL MANUS,**
**Deputy Warden, Maximum Security Unit, Arkansas**
**Department of Correction; JEROME T. ADAMS, Major,**
**Maximum Security Unit, Arkansas Department of Correction;**
**JACKIE DAVIS, Captain, Maximum Security Unit, Arkansas**
**Department of Correction; RONALD BAILEY, Lt., Maximum**
**Security Unit, Arkansas Department of Correction; BROOKS,**
**Lt., Maximum Security Unit, Arkansas Department of**
**Correction; LINDA ERWIN, Grievance Officer, Maximum**
**Security Unit, Arkansas Department of Correction; PAMELA**
**CONNER, Grievance Officer, Maximum Security Unit, Arkansas**
**Department of Correction; MONICA CLOIRD, CO-II, Maximum**

**Security Unit, Arkansas Department of Correction; VANITA
KING, Classification Officer, Maximum Security Unit,
Arkansas Department of Correction;and FAITH
WILLOUGHBY, Mental Health Counselor, Maximum Security
Unit, Arkansas Department of Correction**                    **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended partial disposition (Doc. No. 20) submitted by United States Magistrate Judge H. David Young and plaintiff's objections. After carefully considering plaintiff's objections and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff Kiara Smith's claims be DISMISSED WITH PREJUDICE;

2.  This dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

3.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 3rd day of November, 2008.

---

[1] Title 28 U.S.C. § 1915(g) provides that: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . ." The Eighth Circuit has held that, if a plaintiff fails to exhaust available administrative remedies before initiating an action in federal court, the complaint fails to state a claim upon which relief may be granted. *Porter v. Fox*, 99 F.3d 271 (8th Cir. 1996); *Sharps v. United States Forest Serv.*, 28 F.3d 815 (8th Cir. 1994).

_____
UNITED STATES DISTRICT JUDGE