**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CURTIS PITMAN
ADC # 119869**                                                            **PLAINTIFF**

**V.**                           **5:08CV00198 BSM/HDY**

**EDWARD ENGSTROM, Doctor, Maximum Security
Unit, Arkansas Department of Correction;
FRAZIER, Lt., Maximum Security Unit, Arkansas
Department of Correction; BAKER, Captain,
Maximum Security Unit, Arkansas Department of
Correction; THOMAS, Sgt., Maximum Security Unit,
Arkansas Department of Correction; and A. BURTON,
CO-II, Maximum Security Unit, Arkansas Department
of Correction; Aquita Jones, Maximum Security Unit,
Arkansas Department of Correction**                          **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and plaintiff's objections. After carefully considering plaintiff's objections and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Smith's Motion for Reconsideration (Doc. No. 32) is DENIED; and

2. Plaintiff's Smith's Motion to Appoint Counsel (Doc. No. 31) and Motion for an

Emergency Appointment of a Mental Heath Expert (Doc. No. 33) are DENIED.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 9th day of December, 2008.

                                                  /s/ Brian S. Miller
                                              UNITED STATES DISTRICT JUDGE