THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CURTIS PITMAN**
**ADC # 119869**                                                                                           **PLAINTIFF**

**V.**                                    **5:08CV00198 BSM/HDY**

**EDWARD ENGSTROM,** *et al.*                                                             **DEFENDANTS**

### ORDER

The court has reviewed the proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and the objections. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims of deliberate indifference to his "sexual addiction" disorder are DISMISSED, and defendant Doctor Engstrom is DISMISSED as a party defendant.

DATED this 3rd day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE