**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| **CURTIS PITMAN** <br> **ADC # 119869** | | **PLAINTIFF** |
| v. | 5:08-cv-00198-BSM-JJV | |
| **FRAZIER, Lt., Maximum Security Unit, Arkansas Department of Correction; BAKER, Capt., Maximum Security Unit, Arkansas Department of Correction; THOMAS, Sgt., Maximum Security Unit, Arkansas Department of Correction; and A. BURTON, CO-II, Maximum Security Unit, Arkansas Department of Correction; and AQUITA JONES, Maximum Security Unit, Arkansas Department of Correction** | | **DEFENDANTS** |

**ORDER**

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's complaint is DISMISSED with prejudice.

Dated this 2nd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE