**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CURTIS PITMAN
ADC # 119869**                                                                                          **PLAINTIFF**

v.                           5:08-cv-00198-BSM-JJV

**FRAZIER, Lt., Maximum Security Unit, Arkansas
Department of Correction; BAKER, Capt., Maximum
Security Unit, Arkansas Department of Correction;
THOMAS, Sgt., Maximum Security Unit, Arkansas
Department of Correction; and A. BURTON, CO-II,
Maximum Security Unit, Arkansas Department of
Correction; and AQUITA JONES, Maximum Security
Unit, Arkansas Department of Correction**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

Dated this 2nd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE